UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
NOHA ELMOHANDES,

                Plaintiff,           **ECF CASE**

    v.

                                      08 Civ. 1214 (WHP)

MICHAEL MUKASEY, et al.,

                Defendants.      NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:     Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          March 12, 2008

                                                    Respectfully submitted,

                                                    MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                     By:     /s/_____
                                                   DAVID BOBER
                                                    Assistant United States Attorney
                                                    86 Chambers Street, 3rd Floor
                                                    New York, New York 10007
                                                    Telephone: (212) 637-2718
                                                    Facsimile: (212) 637-2786
                                                    Email: david.bober@usdoj.gov

To:     Brian C. Donnard, Esq.
          Plunkett and Donnard
          401 Broadway, Suite 912
          New York, NY 10013