USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
NOHA ELMOHANDES,

      Plaintiff,

  -against-

MICHAEL MUKASEY ET AL.,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 1214 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

  A status conference shall take place June 3, 2008 at 10:30 a.m.

Dated: April 1, 2008
   New York, New York

           SO ORDERED:

           _____
            WILLIAM H. PAULEY III
              U.S.D.J.

*Counsel of record:*

Brian C. Donnard, Esq.
Plunkett and Donnard
401 Broadway, Suite 912
New York, NY 10013
*Counsel for Plaintiff*

David Vincent Bober, Esq.
Office of the United States Attorney
86 Chambers Street
New York, NY 10004
*Counsel for Defendants*