```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
NOHA ELMOHANDES,            :
                                         :   08 Civ. 1214 (WHP)
                    Plaintiff,    :
                                         :   ORDER
        -against-                :
                                         :
MICHAEL MUKASEY ET AL., :
                                         :
                    Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

      A status conference shall take place July 18, 2008 at 10:00 a.m.

Dated: June 3, 2008
      New York, New York

                                               SO ORDERED:

                                               WILLIAM H. PAULEY III
                                                    U.S.D.J.

*Counsel of record:*

Brian C. Donnard, Esq.
Plunkett and Donnard
401 Broadway, Suite 912
New York, NY 10013
*Counsel for Plaintiff*

David Vincent Bober, Esq.
Office of the United States Attorney
86 Chambers Street
New York, NY 10004
*Counsel for Defendants*