USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

NOHA ELMOHANDES,

Plaintiff,

-against-

MICHAEL MUKASEY ET AL.,

Defendants.

---------------------------------------- X

08 Civ. 1214 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

A status conference shall take place September 19, 2008 at 10:00 a.m.

Dated: July 21, 2008
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Brian C. Donnard, Esq.
Plunkett and Donnard
401 Broadway, Suite 912
New York, NY 10013
*Counsel for Plaintiff*

David Vincent Bober, Esq.
Office of the United States Attorney
86 Chambers Street
New York, NY 10004
*Counsel for Defendants*